**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Keithroy Noel CLARKE, Defendant–Appellant.**

**No. 08–7840.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 20, 2009.

Keithroy Noel Clarke, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keithroy Noel Clarke appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *United States v. Clarke,* No. 2:97–cr–00166–RBS–4 (E.D.Va. filed July 31, 2008; entered Aug. 1, 2008). We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and oral argument would not aid the decisional process.

*AFFIRMED.*